# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOWARD COHAN** | **CIVIL ACTION** |
| **VERSUS** | **No. 15-2927** |
| **CHSP FRENCH QUARTER, L.L.C.** | **SECTION I** |

## ORDER

Considering the joint stipulation[1] requesting a dismissal with prejudice,

**IT IS ORDERED** that the request is **GRANTED**. All claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, November 16, 2015.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 6.